1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 5634
3  DANIEL J. COWHIG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   daniel.cowhig@usdoj.gov
6  *Attorneys for the United States of America*

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAR 19 2025

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

7               **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
8

9  | UNITED STATES OF AMERICA,        | **CRIMINAL INDICTMENT**
10 |           Plaintiff,              | Case No. 2:25-cr-0065-GMN-MDC
11 |       vs.                         |
12 | OMAR SALCEDO,                     | **VIOLATION:**
   |    a.k.a. "Gamboa,"               |
13 |                                   | Count One: 18 U.S.C. §§ 751(a) and 4082(a) –
                                        Escape
14 |           Defendant.              |
15

16  **THE GRAND JURY CHARGES THAT:**

17                  **COUNT ONE**
                        Escape
18              18 U.S.C. §§ 751(a) and 4082(a)

19  On or about December 30, 2024, in the State and Federal District of Nevada,

20              **OMAR SALCEDO,**
                  a.k.a. "Gamboa,"
21

22  defendant herein, having been lawfully committed to the custody of the Attorney General,

23  or his authorized representative, by virtue of a judgment in a criminal case upon conviction

24  in the United States District Court for the District of Nevada for the commission of a

1

felony offense, namely Conspiracy to Distribute a Controlled Substance, in violation of Title 21 United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii), and 846, knowingly escaped from an institution and facility in which he was confined by the direction of the Attorney General, namely Las Vegas Community Corrections Center in Las Vegas, Nevada, by willfully failing to remain within the limits of his confinement and willfully failing to return within the time prescribed, all in violation of Title 18, United States Code, Section 751 and 4082(a).

DATED: this 19th day of March, 2025.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Acting United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney